IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DEXTER LAVOY PITTMAN,      )
                           )
       Petitioner,         )
                           )
   v.                      )   1:18-cr-306-1
                           )   1:22-cv-974
UNITED STATES OF AMERICA,  )
                           )
       Respondent.         )

### ORDER

On October 10, 2023, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 14, 15.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a <u>de novo</u> review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 14), is **ADOPTED. IT IS FURTHER ORDERED** that this action be filed, and is, hereby **DISMISSED WITHOUT PREJUDICE** to Petitioner promptly filing a corrected motion on the proper § 2255 forms. The court further finds there is no substantial showing of the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, therefore a certificate of appealability is not issued.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 21st day of November, 2023.

```
                          /s/ William L. Osteen, Jr.
                          United States District Judge
```